IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER JOHN SEDILLO,

    Plaintiff,

v.

                                                                                                     No. 22-cv-0728 MV-KRS

THE CITY OF ALBUQUERQUE, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3). The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(b)(1). Plaintiff shall cure this deficiency within thirty days of entry of this Order. All filings should include the case number (22-cv-0728 MV-KRS). The failure to timely comply may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions for a six-month period.

                                                               _____
                                                               UNITED STATES MAGISTRATE JUDGE